**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Shawn Hagan,<br><br>                                   *Debtor*. | Case No. 26-12763-DJB<br>Chapter 13 |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 30, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 30, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service - First Class Mail

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
c/o AIS Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Christopher and Jessica Bilbao
49 Towns Rd
Levittown, PA 19056-1511

Frank Osmolski
3415 E Thompson St Philadelphia,
PA 19134-5303

Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kevin Duffy
4025 Orangemans Rd
Hatboro, PA 19040-2936

L**PL** Financial**,** Inc**.**
Attn: Bankruptcy
4707 Executive Drive
San Diego, CA 92121

Megan Kolla
1349 School Ln
Bensalem, PA 19020-4143

Nadia Silk, Esquire
Attn: Bankruptcy
7 E Main St
Moorestown, NJ 08057-3339

Nationstar Mortgage Ll
Attn: Bankruptcy
Po Box 612488
Dallas, TX 75261

P**A** Dep**artment** of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Police & Fire F**CU**
Attn: Bankruptcy
901 Arch Street
Philadelphia,, PA 19107

Sonia Sousa
271 Sequoia Dr
Newtown, PA 18940-9275

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Western Funding**,** Inc**.**
Attn: Bankruptcy Dept
P.O. Box 94858
Las Vegas, NV 89193