LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLP
BANKRUPTCY DEPARTMENT
325 Chestnut Street, Suite 725
Philadelphia, PA 19106

TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

July 7, 2026

Clerk, United States Bankruptcy Court
400 Robert N.C. Nix Bldg.
900 Market St.
Philadelphia, PA 19107-4299

## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtor | Shawn Hagan |
| Case Number | 26-12763 |
| Chapter | 13 |
| Secured Creditor | CrossCountry Mortgage, LLC |
| Loan Number | XXXXXX0491 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

CrossCountry Mortgage, LLC
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
325 Chestnut Street, Suite 725
Philadelphia, PA 19106

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Mark Cronin*

c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
Phone: 215-402-6989
Email: mark.cronin@mccalla.com

NOA