UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Shawn Hagan                                  Chapter 13
                                                Case No. 26-12763-DJB

    Debtor

## NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Capital One Auto Finance, a division of Capital One, N.A., in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  July 31, 2026

                                                      Respectfully Submitted,

                                                        */s/ Garrett M. Wilson*_____
                                                      Elizabeth A. Trachtman, Esq. PA 333427
    Garrett M. Wilson, Esq. PA 338633
    Michele M. Bradford, Esq. PA 69849
    Orlans Law Group PLLC
    Attorney for Capital One Auto Finance, a division of Capital One, N.A.
    200 Eagle Road, Bldg 2, Suite 120
    Wayne, PA 19087
    (484) 367-4191
    Email: etrachtman@orlans.com
    gwilson@orlans.com
    mbradford@orlans.com
    File Number: 26-007927