UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>SHAWN HAGAN<br><br>    Debtor | Chapter 13<br>Case No. 26-12763-DJB |
| CAPITAL ONE AUTO FINANCE, A<br>DIVISION OF CAPITAL ONE, N.A.<br><br>    Movant<br><br>v.<br><br>SHAWN HAGAN<br>      (Debtor)<br><br>KENNETH E. WEST<br>      (Trustee)<br><br>    Respondents | Doc. No.  3<br><br>Hearing Date: September 10, 2026 @<br>09:30am |

### CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES Creditor, Capital One Auto Finance, a division of Capital One, N.A., by and through its attorneys, Orlans Law Group PLLC, and hereby Objects to Confirmation as follows:

1. On June 29, 2026, the Debtor(s) filed a voluntary petition seeking relief under Chapter 13 of the United States Bankruptcy Code.

2. On the Petition Date, the Debtor(s) were in possession of a 2017 Chevrolet Silverado VIN No. 1GCVKREC1HZ186503 (the "Vehicle") and indebted to Capital One Auto Finance, a division of Capital One, N.A. (the "Creditor") in the amount of $12,632.87 (plus fees, costs, and interest) for this Vehicle.

3. The Vehicle was purchased on a Retail Installment Sale Contract (the "Contract").

4.  On June 29, 2026, the Debtor(s) filed a Chapter 13 plan (the "Plan").

5.  The Plan as proposed cannot be confirmed for the following reasons:

a)  The Creditor is not adequately protected pursuant to 11 U.S.C. § 1326 as the Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. § 1326(a)(4).

b)  The Plan fails to provide for treatment of the Vehicle or the debt related to the Vehicle. Per NADA, the Vehicle value is $18,375.00. Creditor is seeking payment of the full claim amount.

c)  The Plan understates the contractual monthly payment.  The correct monthly payment is $769.32.

d)  The plan fails to provide treatment of the pre-petition arrears in the amount of $3,784.27 owed to Creditor.

e)  The Plan fails to provide for interest. Capital One Auto Finance, a division of Capital One, N.A. is entitled to a reasonable rate of interest *See* Till v. SCS Credit Corp., 541 U.S. 465 (2004).  Creditor is seeking 7.75% interest.

*Remainder of page intentionally left blank*

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A., by and through its attorneys, objects to confirmation of the Debtor's proposed Chapter 13 Plan, and prays that Confirmation be denied and the case be dismissed, or, in the alternative, that this Chapter 13 case be converted to a Chapter 7 case pursuant to 11 USC §1307(c).

Date:  August 10, 2026

*/s/ Garrett M. Wilson*
Elizabeth A. Trachtman, 333427
Garrett M. Wilson, 338633
Michele M. Bradford, 69849
Orlans Law Group PLLC
Attorneys for Capital One Auto Finance, a division of Capital One, N.A.
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-007927