UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

SHAWN HAGAN

      Debtor

CAPITAL ONE AUTO FINANCE, A
DIVISION OF CAPITAL ONE, N.A.

      Movant

v.

SHAWN HAGAN
      (Debtor)

KENNETH E. WEST
      (Trustee)

      Respondents

Chapter 13
Case No. 26-12763-DJB

Doc. No.  3

Hearing Date: September 10, 2026 @ 09:30
AM

## CERTIFICATE OF SERVICE

I, Garrett M. Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on August 10, 2026, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  August 10, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Capital One Auto Finance, a
division of Capital One, N.A.
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com

mbradford@orlans.com
File Number: 26-007927

VIA US MAIL

Shawn Hagan, Debtor
9232 Edmund St
Philadelphia, PA 19114


VIA ECF

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee

 United States Trustee Esq., U.S. Trustee