UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

SHAWN HAGAN

        Debtor

Chapter 13
Case No. 26-12763-DJB

CAPITAL ONE AUTO FINANCE, A
DIVISION OF CAPITAL ONE, N.A.

        Movant

v.

SHAWN HAGAN
        (Debtor)

KENNETH E. WEST
        (Trustee)

        Respondents

## ORDER

AND NOW, this _____ day of _____ 20__, upon consideration of the Debtor's Chapter 13 Plan, and the Objection of Capital One Auto Finance, a division of Capital One, N.A. to Debtor's Chapter 13 Plan, and after hearing, it is hereby

ORDERED that the confirmation of Debtor's Chapter 13 Plan is DENIED.

BY THE COURT:

_____
Honorable Derek J Baker
United States Bankruptcy Judge