**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**RE: Shawn Hagan,**

**Debtor**

**CrossCountry Mortgage, LLC,**
**Movant**

**vs.**

**Shawn Hagan,**
**Kenneth E. West,**
**Trustee Respondents**

**BK NO. 26-12763**

**Chapter 13**

**Confirmation Hearing Date: 9/10/2026**

## OBJECTION OF CROSSCOUNTRY MORTGAGE, LLC TO THE CHAPTER 13 PLAN

CrossCountry Mortgage, LLC, a secured creditor holding a Mortgage against the real property commonly known 9232 Edmund St, Philadelphia, PA 19114 (hereinafter Secured Movant), objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

1. Debtor's Plan underestimates the prepetition arrearage claim owed to Movant as $4,572. The actual prepetition arrearage amount owed to Movant as per its Proof of Claim (11-1) filed in this case on July 30, 2026, is $41,843.18.
2. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Movant’s claim.
3. Movant reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.
4. Confirmation of the Plan is not feasible and at best premature.
5. Accordingly, Confirmation of the Plan should be denied.

WHEREFORE, CrossCountry Mortgage, LLC, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: August 17, 2026

*/s/Denise Carlon*______________________

Denise Carlon
Pennsylvania BAR NO. 317226
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
848-325-2981

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**RE: Shawn Hagan,**
**Debtor**

**CHAPTER 13**
**BK. NO. 26-12763-djb**

**CrossCountry Mortgage, LLC,**
**Movant**
**vs.**

**Shawn Hagan,**
**Kenneth E. West, Trustee,**

**Respondents**

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on August 17, 2026**.**

**Chapter 13 Trustee**
Kenneth E. West
ecfemails@ph13trustee.com
VIA ECF

**Debtor's Attorney**
Michael A. Cibik
mchambers@keaveneylegalgroup.com
VIA ECF

**Debtor**
Shawn Hagan
9232 Edmund St
Philadelphia, PA 19114-4004
VIA U.S. MAIL

Dated: August 17, 2026

By: */s/Denise Carlon*

Denise Carlon
Attorney for Movant