**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| SHAWN HAGAN, | : | No. 26-12763-DJB |
| | : | |
| Debtor | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE NOTE that pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the Attorney General of Pennsylvania, as counsel for the Commonwealth of Pennsylvania, Office of Attorney General, Bureau of Consumer Protection, a party in interest within the intent of the United States Bankruptcy Code, requests that all notices, given or required to be given, and all papers served or required to be served, in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the person and address set forth below be added to the official address matrix in this proceeding by the Clerk of Court:

**Chelsea E. Summers**
**Deputy Attorney General**
**Pennsylvania Office of Attorney General**
**1600 Arch Street, Suite 300**
**Philadelphia, PA 19103**
**Telephone: (267) 761-1382**
csummers@attorneygeneral.gov

It is further requested that in furtherance of its right to be heard, as provided in 11 U.S.C. §1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007, 9007 and 9022, the above-designated person to be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings,

requests, complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interests of Commonwealth of Pennsylvania, Office of Attorney General, Bureau of Consumer Protection.

Nothing in this pleading is intended to waive the Commonwealth of Pennsylvania's or its officials' immunity from suit in a Federal Court under the Eleventh Amendment of the United States Constitution.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

Date: September 9, 2026

By: *s/ Chelsea E. Summers*

Chelsea E. Summers
Attorney ID 338538
Deputy Attorney General
Office of Attorney General
Financial Enforcement Section
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (267) 761-1382
csummers@attorneygeneral.gov

MELISSA L. VAN ECK
Chief Deputy Attorney General
Financial Enforcement Section

*Counsel for Commonwealth of Pennsylvania, Office of Attorney General, Bureau of Consumer Protection*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 9th day of September, 2026, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating on the CM/ECF system.

Dated: September 9, 2026

*/s/ Chelsea E. Summers*
Chelsea E. Summers