United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-12763-djb
Shawn Hagan Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 08, 2026 Form ID: pdf900 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | | Shawn Hagan, 9232 Edmund St, Philadelphia, PA 19114-4004 |
| @15171759 | + | Burns Funeral Home LLC, c/o Christopher P. Coval, Esquire, Five Neshaminy Interplex, Suite 315, Trevose, PA 19053-6972 |
| @15184148 | + | Chelsea E. Summers, Deputy Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| @15184149 | + | Christopher R. Momjian, Senior Deputy Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| @15159176 | | Christopher and Jessica Bilbao, 49 Towns Rd, Levittown, PA 19056-1511 |
| @15161915 | + | CrossCountry Mortgage, LLC, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106-2607 |
| @15172363 | + | Francisco Martinez, 2748 Willits Road, Philadelphia, PA 19136-1026 |
| @15159177 | | Frank Osmolski, 3415 E Thompson St, Philadelphia, PA 19134-5303 |
| @15172320 | | KEVIN DUFFY and ANGELA DUFFY, 57 Kresson Rd, Cherry Hill, NJ 08034-3206 |
| @15159180 | | Kevin Duffy, 4025 Orangemans Rd, Hatboro, PA 19040-2936 |
| @15159182 | | Megan Kolla, 1349 School Ln, Bensalem, PA 19020-4143 |
| @15159183 | | Nadia Silk, Esquire, Attn: Bankruptcy, 7 E Main St, Moorestown, NJ 08057-3339 |
| @15159187 | | Sonia Sousa, 271 Sequoia Dr, Newtown, PA 18940-9275 |
| @15172319 | | Thomas A. Hagner, 57 Kresson Rd, Cherry Hill, NJ 08034-3206 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 09 2026 02:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2026 02:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2026 02:16:37 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, UNITED STATES 29603-0587 |
| 15166403 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2026 02:16:37 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15159188 | | Email/Text: megan.harper@phila.gov | Oct 09 2026 02:09:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15159174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15159175 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Capital One Auto Finance, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15160637 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2026 02:16:37 | Capital One Auto Finance, a division of, AIS |

| | | | | |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15163660 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15169899 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2026 02:08:00 | CrossCountry Mortgage, LLC, Rocket Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 15159178 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 09 2026 02:16:41 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15159179 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2026 02:09:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15166404 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2026 02:16:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15159181 | ^ | MEBN | Oct 09 2026 02:04:04 | Lpl Financial Inc, Attn: Bankruptcy, 4707 Executive Drive, San Diego, CA 92121-3091 |
| 15159184 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2026 02:08:00 | Nationstar Mortgage Ll, Attn: Bankruptcy, Po Box 612488, Dallas, TX 75261-2488 |
| 15159185 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2026 02:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15159186 | + | Email/Text: bankruptcy1@pffcu.org | Oct 09 2026 02:09:00 | Pffcu/Police & Fire Fcu, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2404 |
| 15161885 | + | Email/Text: bankruptcy1@pffcu.org | Oct 09 2026 02:09:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15168593 | | Email/Text: bankruptcy@mtabt.org | Oct 09 2026 02:09:00 | Triborough Bridge and Tunnel Authority, 2 Broadway Floor 24, New York, NY 10004 |
| 15177851 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Oct 09 2026 02:09:00 | WESTERN FUNDING INCORPORATED, 4751 WILSHIRE BLVD SUITE 100, LOS ANGELES, CA 90010-3847 |
| 15159189 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Oct 09 2026 02:09:00 | Western Funding Inc, Attn: Bankruptcy Dept, P.O. Box 94858, Las Vegas, NV 89193-4858 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | CrossCountry Mortgage, LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street Suite 725, Philadelphia, PA 19106-2607 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15160638 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CrossCountry Mortgage LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| CHELSEA ERIN SUMMERS | on behalf of Creditor Bureau Of Consumer Protection csummers@attorneygeneral.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Bureau Of Consumer Protection crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., ANHSOrlans@InfoEx.com |
| GARRETT M. WILSON | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor CrossCountry Mortgage LLC philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Shawn Hagan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELE M. BRADFORD | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., PABKAttorneyecf@orlans.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
SHAWN HAGAN

Debtor

Chapter 13

Bankruptcy No. 26-12763-DJB

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 8, 2026**

Honorable Derek J. Baker
Bankruptcy Judge